# EXHIBIT F

# US 9,772,193 Mendelson, Claim 12
# v.
# Samsung

12. A method of utilizing a Bluetooth transceiver for conveying desired information, the method comprising steps of:



https://ss7.vzw.com/is/content/VerizonWireless/samsung-galaxy-s21-userguide-01202021pdf
Samsung Galaxy S21 User Manual
Date acquired: 1/30/2024

*Comment: Samsung mobile phone users manuals (e.g. Galaxy S21) instruct users to connect to a vehicle's Bluetooth system with Android Auto.*

https://9to5google.com/2023/12/07/android-auto-parking-location-google-maps/
Android Auto can now save your parking location in Google Maps on arrival
Date acquired: 1/30/2024

[A] employing the Bluetooth transceiver integrated within a vehicle, the Bluetooth transceiver configured to transmit a Bluetooth signal detectable by a Bluetooth circuit of a mobile device located within a communication range of the respective Bluetooth transceiver;

[A]

In the latest versions of Google Maps for Android Auto, Google has quietly added a new toggle that lets you save your parking location when you arrive at a destination. This appears when you navigate to a specific destination and shows up on the arrival screen. Simply tapping the "save parking location" button will save that information to your account, and even results in a reminder (at least on Android phones) the next day.

*Comment: The vehicle necessarily has an integrated Bluetooth transceiver, which transmits a signal to the user's mobile device when the user arrives at the destination as defined in the app.*



https://9to5google.com/2023/12/07/android-auto-parking-location-google-maps/
Android Auto can now save your parking location in Google Maps on arrival
Date acquired: 1/30/2024

[B] registering an exact parking space location of the vehicle on the mobile device using information provided by the Bluetooth transceiver; and



In the latest versions of Google Maps for Android Auto, Google has quietly added a new toggle that lets you save your parking location when you arrive at a destination. This appears when you navigate to a specific destination and shows up on the arrival screen. Simply tapping the "save parking location" button will save that information to your account, and even results in a reminder (at least on Android phones) the next day.

*Comment: The mobile device registers the exact spot where the car is parked according to the signal received from the Bluetooth transceiver when the user arrives at the destination. The exact location is saved to the user's account, which is accessible by the user's mobile phone.*

https://9to5google.com/2023/12/07/android-auto-parking-location-google-maps/
*Android Auto can now save your parking location in Google Maps on arrival*
Date acquired: 1/30/2024

The Accused Products literally infringe this claim element. Alternatively, the limitations of this claim element are present under the Doctrine of Equivalents because to the extent there are any differences between the Accused Product and this claim element, such differences are insubstantial. Further, equivalency may be shown by the fact that the Accused Product performs substantially the same function in substantially the same way to achieve substantially the same result as recited in this claim element.

[C] subsequently using the mobile device to provide navigation to the parking space location where the vehicle is parked.

Comment: The mobile device user can click on the "Directions" icon on the mobile device for detailed navigation instructions on how to get back to the car.

[C]



https://www.pcmag.com/how-to/how-to-use-a-smartphone-app-to-find-your-car
*Find My Car: How to Locate Your Vehicle With a Smartphone App*
Date acquired: 1/30/2024