**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

GAMBA GROUP HOLDINGS LLC,

*Plaintiff*,

v.

SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,

*Defendants*.

Case No.: 2:25-cv-00438-JRG

**JURY TRIAL DEMANDED**

**JOINT REPORT REGARDING RESOLUTION OF ALL MOTIONS SET FOR NOVEMBER 23, 2026, MOTIONS HEARING**

Plaintiff Gamba Group Holdings LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Defendants") (collectively, "the Parties") respectfully file this Joint Report regarding the upcoming Motions Hearing scheduled for November 23, 2026.

The Parties have had several productive meet and confers, have resolved all of the issues contained in the motions, and withdraw each of the pending motions to compel: ECF Nos. 128, 137, 139, 140, 141, 145, 156, and 161.

Dated: November 22, 2026

Respectfully submitted,

*/s/ Neil P. Sirota*
Neil P. Sirota
neil.sirota@bakerbotts.com
Margaret M. Welsh
margaret.welsh@bakerbotts.com
Chun Xu
chun.xu@bakerbotts.com
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza

*/s/ Ian G. DiBernardo*
Ian G. DiBernardo
New York Bar No. 2780989
Harold S. Laidlaw
New York Bar No. 5344296
**BROWN RUDNICK LLP**
Times Square Tower, 47th Fl.
7 Times Square
New York, NY 10036

New York, New York 10112-4498
Telephone: (212) 408-2500

Douglas M. Kubehl (SBN 0796909)
doug.kubehl@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500

Sean Lee (SBN 24132811)
sean.lee@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California St., Suite 3200
San Francisco, California 94111
Telephone: (415) 291-6200

Asim M. Bhansali (SBN 90001290)
abhansali@kblfirm.com
Scott W. Taylor
staylor@kblfirm.com
Elizabeth H. Dinh
edinh@kblfirm.com
**KWUN BHANSALI LAZARUS LLP**
555 Montgomery Street, Suite 750
San Francisco, California 94111
Telephone: (415) 630-2350

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

Tel: (212) 209-4800
Fax: (212) 209-4801
idibernardo@brownrudnick.com
hlaidlaw@brownrudnick.com

Jayme Partridge
Texas Bar No. 17132060
Jayne C. Piana
Texas Bar No. 24027142
Patrick M. Dunn
Texas Bar No. 24125214
**BROWN RUDNICK LLP**
609 Main Street, Suite 3550
Houston, TX 77002
Tel: (281) 815-0511
Fax: (281) 605-5699
jpartridge@brownrudnick.com
jpiana@brownrudnick.com
pdunn@brownrudnick.com

Homayoon Rafatijo
Missouri Bar No. 74800
John Spisak
Missouri Bar No. 74985
Katherine Dearing
D.C. Bar No. 888304069
**BROWN RUDNICK LLP**
1900 N Street NW
Washington, DC 20036
Tel: (202) 536-1724
Fax: (202) 536-1701
hrafatijo@brownrudnick.com
jspisak@brownrudnick.com
kdearing@brownrudnick.com

Dana Anderson (admitted *Pro Hac Vice*)
California Bar No. 343316
**BROWN RUDNICK LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel: (669) 469-1800
Fax: (669) 469-1801
dana.anderson@brownrudnick.com

*Of Counsel*:

Michael C. Smith
Texas Bar No. 18650410
**Scheef & Stone LLP**
113 East Austin Street
Marshall, Texas 75670
Telephone: (903) 938-8900
michael.smith@solidcounsel.com

***Attorneys for Plaintiff***
***Gamba Group Holdings LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 22, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5.

*/s/ Neil P. Sirota*
Neil P. Sirota